

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2018

No. 04-18-00227-CR & 04-18-00230-CR

Michael Casey **FORAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 518258 & 2016CR10025
Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

Appellant Michael C. Foran has filed a motion to consolidate in both appeal number 04-18-00227-CR and appeal number 04-18-00230-CR, asking that this court consolidate these appeals. The State has not objected. We therefore **GRANT** appellant's motions to consolidate and **ORDER** Appeal Numbers 04-18-00227-CR and 04-18-00230-CR consolidated. The parties must file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case. However, a record must be filed in each appeal, the record in each case will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in the appeal to which it applies. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a party in a single appeal. The court will dispose of both appeals in the same judgment, opinion, and mandate.

At this time, appellant's brief is appeal number 04-18-00227-CR is due June 18, 2018, but the brief in appeal number 04-18-00230-CR is due July 9, 2018. Pursuant to this order, appellant — and thereafter the State — are required to file a single brief listing both numbers on the cover. Accordingly, we now **ORDER** appellant to file his brief in this consolidated matter **on or before July 9, 2018.** The State's consolidated brief will be due thirty days after the date appellant's brief is filed in this court.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court